IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CLARENCE D. JOHNSON, JR.,

                       Plaintiff,

    v.                                           Case No.  20-cv-59-wmc

LOCAL #100 SHEET METAL WORKERS,
LANCE WATSON, DALE O SHEIDSET and
MELVIN WHITLEY,

                       Defendants.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing without prejudice this case for lack of subject matter jurisdiction.

| /s/ | 11/18/20 |
|---|---|
| Peter Oppeneer | Date |
| Clerk of Court | |